ACCEPTED
15-25-00061-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
9/22/2025 12:00 AM
CHRISTOPHER A. PRINE
CLERK

NO. 15-25-00061-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
9/20/2025 1:35:01 PM
CHRISTOPHER A. PRINE
Clerk

# IN THE COURT OF APPEALS
## FOR THE FIFTEENTH JUDICIAL DISTRICT OF TEXAS
## AT AUSTIN, TEXAS

**FRANCESCA OKONKWO, ADMINISTRATIVE LAW JUDGE, TEXAS DEPARTMENT OF INSURANCE, DIVISION OF WORKERS' COMPENSATION, IN HER OFFICIAL CAPACITY, AND FORT BEND COUNTY,**

**Appellants,**

**v.**

**JOSHUA DAVID HEILIGER, INDIVIDUALLY, AND ON BEHALF OF THE ESTATE OF LAUREN BRITTANE SMITH, DECEASED, AND ON BEHALF OF DEATH BENEFITS BENEFICIARIES JOSHUA DAVID HEILIGER AND EMMA DESTINY HEILIGER,**

**Appellees**

---

## ON APPEAL FROM TRIAL COURT CAUSE NO. 2024-78536
## 11TH JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS
## THE HONORABLE KRISTEN B. HAWKINS, PRESIDING JUDGE

---

## APPELLANT FORT BEND COUNTY'S REPLY BRIEF

---

Dean G. Pappas
Texas Bar No. 15454375
dpappas@dgplawfirm.com

Mary M. Markantonis
Texas Bar No. 12986800
mmarkantonis@dgplawfirm.com

Marilyn G. Allen
Texas Bar No. 24025225
mallen@dgplawfirm.com
Dean G. Pappas Law Firm, PLLC
8588 Katy Freeway, Suite 100
Houston, Texas 77024
Telephone:  713-914-6200
Telecopier:  713-914-6201
**COUNSEL FOR APPELLANT
FORT BEND COUNTY**

## ORAL ARGUMENT REQUESTED

## IN THE COURT OF APPEALS
## FOR THE FIFTEENTH JUDICIAL DISTRICT OF TEXAS
## AT AUSTIN, TEXAS

**FRANCESCA OKONKWO, ADMINISTRATIVE LAW JUDGE, TEXAS DEPARTMENT OF INSURANCE, DIVISION OF WORKERS' COMPENSATION, IN HER OFFICIAL CAPACITY, AND FORT BEND COUNTY,**
**Appellants,**

**v.**

**JOSHUA DAVID HEILIGER, INDIVIDUALLY, AND ON BEHALF OF THE ESTATE OF LAUREN BRITTANE SMITH, DECEASED, AND ON BEHALF OF DEATH BENEFITS BENEFICIARIES JOSHUA DAVID HEILIGER AND EMMA DESTINY HEILIGER,**
**Appellees**

## ON APPEAL FROM TRIAL COURT CAUSE NO. 2024-78536
## 11TH JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS
## THE HONORABLE KRISTEN B. HAWKINS, PRESIDING JUDGE

### APPELLANT FORT BEND COUNTY'S REPLY BRIEF

TO THE HONORABLE JUSTICES OF THE FIFTEENTH COURT OF APPEALS:

Relator Fort Bend County files this Reply to Appellee's Response to FORT BEND COUNTY'S Amended Brief as follows:

### I.

The Texas Supreme Court issued an opinion in *Oteka* during the pendency of the cases filed in this matter. Based upon that opinion, Fort Bend County filed a Reply Brief to Appellee's Response to Fort Bend's Amended Petition for Writ of

Mandamus in Case No. 15-25-00102-CV to address *Univ. of Tex. Rio Grande Valley v. Oteka*, 715 S.W.3d 731 (Tex. 2025).

Fort Bend now incorporates by reference as if fully set out in this case No. 15-25-00061-CV its Reply Brief in Case No 15-25-00102-CV and adopts, incorporates and relies upon its arguments and authority contained therein.

## **PRAYER**

WHEREFORE, ARGUMENT AND AUTHORITY CONSIDERED, the Appellant Fort Bend County prays that this Court accepts and considers this Reply to the Response of Appellee Joshua David Heiliger, et al, and reverses the April 2, 2025 Order Granting Temporary Injunction and Setting Trial on Merits and renders judgment that this case be dismissed and for such further and other relief to which it may be entitled.

Respectfully submitted,

DEAN G. PAPPAS LAW FIRM, PLLC

By: */s/ Mary M. Markantonis*
    Dean G. Pappas
    Texas Bar No. 15454375
    dpappas@dgplawfirm.com
    Mary M. Markantonis
    Texas No.12986800
    mmarkantonis@dgplawfirm.com
    Marilyn J. Allen
    Texas Bar No. 24025225
    mallen@dgplawfirm.com
    8588 Katy Freeway, Suite 100

2

Houston, Texas 77024
Telephone: 713-914-6200
Telecopier: 713-914-6201

ATTORNEYS FOR APPELLANT
FORT BEND COUNTY

## CERTIFICATE OF COMPLIANCE

This reply brief complies with the length limitations of TEX. R. APP. P. 9.4(i)(3) because this reply brief consists of 180 words as determined by Microsoft Word Count, excluding the parts of the reply brief exempted by TEX. R. APP. P. 9.4(i)(1).

*/s/ Mary M. Markantonis*
Mary M. Markantonis

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Reply Brief was served on all counsel of record by using the Court's e-filing system on the 20th day of September, 2025, addressed as follows:

***Via eFile through the electronic filing manager***
Russell L. Morris
Pablo A. Franco
Andrew W. Bruce
McBryde Franco, PLLC
11000 Richmond Avenue, Suite 350
Houston, Texas 77042

*Attorneys for Joshua Heiliger, Individually and on Behalf of the Estate of Lauren Brittane Smith, Deceased, and on Behalf of Death Benefits Beneficiaries Joshua David Heiliger and Emma Destiny Heiliger, Appellee*

***Via eFile through the electronic filing manager***
Ken Paxton
Brent Webster
Ralph Molina

James Lloyd
Ernest C. Garcia
Sherlyn Harper
Office of the Attorney General of Texas
808 Travis Street, Suite 1520
Houston, Texas 77002

James Z. Brazell
Assistant Attorney General, Administrative Law Division
P.O. Box 12548, Capital Station
Austin, Texas 78711-2548

*Attorneys for Francesca Okonkwo, Administrative Law Judge in her official capacity, Appellant*

***<u>Via eFile through the electronic filing manager</u>***
LaVerne Chang
511 Lovett Blvd.
Houston, Texas 77006

*Attorney for Greater Houston Psychiatric Associates, PLLC, Real Party in Interest*

*<u>/s/ Mary M. Markantonis</u>*
Mary M. Markantonis

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Hope Furlow on behalf of Mary Markantonis
Bar No. 12986800
hfurlow@dgplawfirm.com
Envelope ID: 105869313
Filing Code Description: Brief Requesting Oral Argument
Filing Description: Appellant Fort Bend County's Reply Brief
Status as of 9/22/2025 7:28 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Lisa Teachey | 24056416 | lteachey@rustyhardin.com | 9/20/2025 1:35:01 PM | SENT |
| Laverne Chang | 783819 | chang@serpeandrews.com | 9/20/2025 1:35:01 PM | SENT |
| Marilyn Allen | 24025225 | mallen@dgplawfirm.com | 9/20/2025 1:35:01 PM | SENT |
| Mary Markantonis | 12986800 | mmarkantonis@dgplawfirm.com | 9/20/2025 1:35:01 PM | SENT |
| Dean Pappas | 15454375 | dpappas@dgplawfirm.com | 9/20/2025 1:35:01 PM | SENT |
| Andrew Bruce | 24113627 | serv.andrew@mf-txlaw.com | 9/20/2025 1:35:01 PM | SENT |
| Russell Morris | 24099150 | serv.russell@mf-txlaw.com | 9/20/2025 1:35:01 PM | SENT |
| Hope Burnett-Furlow | | hfurlow@dgplawfirm.com | 9/20/2025 1:35:01 PM | SENT |
| Pablo Franco | 24121625 | serv.pablo@mf-txlaw.com | 9/20/2025 1:35:01 PM | SENT |
| Catherine Hughes | | catherine.hughes@oag.texas.gov | 9/20/2025 1:35:01 PM | SENT |
| Sherlyn Harper | | Sherlyn.Harper@oag.texas.gov | 9/20/2025 1:35:01 PM | SENT |
| James Z.Brazell | | james.brazell@oag.texas.gov | 9/20/2025 1:35:01 PM | SENT |
| Meridith Fischer | | Meridith.Fischer@oag.texas.gov | 9/20/2025 1:35:01 PM | SENT |